[No. 2351-1.    Division One.    July 29, 1974.]

HU ANDERSON et al., Respondents, v. CALVIN CLARK et al., Appellants.

Appeal from a judgment of the Superior Court for Island

County, No. 7205, Howard A. Patrick, J., entered May 14, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.